PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOE MIN HAN, | Case No.: 2:16-cv-1257 JAM KJN |
| Plaintiff, | |
| v. | **Stipulation and Order** |
| MONICA E. TORO, et. al, | |
| Defendant. | |

1. In this civil action under 8 U.S.C. § 1421(c), Plaintiff challenges Defendants' decision denying Plaintiff's application for naturalization (USCIS Form N-400).

2. On October 6, 2016, the Court denied Defendants' motion to remand Plaintiff's Form N-400.

3. To prepare for further proceedings, Defendants submitted Plaintiff's fingerprints and obtained a new response.

4. That response indicated no information adverse to Plaintiff.

5. Defendants have determined that there is no longer any obstacle to Plaintiff's naturalization and stand ready to approve promptly Plaintiff's Form N-400.

6. There is no longer any dispute about Plaintiff's eligibility for naturalization.

7. Plaintiff and Defendants now agree that the most efficient course is for the Court to remand Plaintiff's Form N-400 for a new decision.

8. Defendants will make a final decision within 30 days of the remand. Upon approval, Defendants will schedule Plaintiff for the next available naturalization ceremony.

9. Each party shall bear its own attorney fees and costs.

10. The Court retains jurisdiction to enforce the parties' agreement.

Dated: November 4, 2016					Respectfully submitted,

								PHILLIP A. TALBERT
								Acting United States Attorney

								/s/ Audrey B. Hemesath
								AUDREY B. HEMESATH
								Assistant U.S. Attorney

								/s/ Kip Evan Steinberg
								KIP EVAN STEINBERG
								Counsel for Plaintiff

						ORDER

It is so ordered.


DATED:  11/8/2016					/s/ John A. Mendez_____
								Hon. JOHN A. MENDEZ
								UNITED STATES DISTRICT COURT JUDGE